UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Tiffany Barton                                :              Case #: 04-64967

                                                             :              Chapter 13

                                                             :              Judge Caldwell

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: March 3, 2010                              /s/ Frank M. Pees_____  _____
                                                             Frank M. Pees
                                                             Chapter 13 Trustee

Name and Address                              Amount
SANFORD J COHAN ESQ                      $2.06
PO BOX 29027
COLUMBUS OH 43229